# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3339

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Southern District of Iowa. |
| | * | |
| Kenneth Jay Still, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 15, 2008
Filed: May 1, 2008

_____

Before GRUENDER, BALDOCK[1] and BENTON, Circuit Judges.

_____

PER CURIAM.

Kenneth Jay Still filed a motion under Federal Rule of Criminal Procedure 36 seeking to vacate his supervised release term, alleging that it violated his 2004 plea agreement. The district court[2] denied his motion. Rule 36 provides for the correction

_____

[1]The Honorable Bobby R. Baldock, United States Circuit Judge for the Tenth Circuit, sitting by designation.

[2]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

of clerical errors, which is not the proper basis to bring his motion. *See United States v. Yakle*, 463 F.3d 810, 811 (8th Cir. 2006) (per curiam) ("[T]here is no mere scrivener's mistake here, and so we cannot afford [the defendant] relief under Rule 36."). Alternatively, Still argues he is entitled to relief under 18 U.S.C. § 3583(e), but that statute provides no authority for a district court to revisit the imposition of a term of supervised release. *See United States v. Hatten*, 167 F.3d 884, 886 (5th Cir. 1999). Accordingly, we rejected the bases upon which Still relies for the relief he seeks, and we affirm the judgment of the district court.[3]

------------------------------

[3]The Government's motion to dismiss is denied as moot.